THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED SCALA,

Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.